IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Larry Lee Lorenzen, | ) | C.A. No. 9:06-0196-TLW-GCK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| South Carolina Department of Corrections, | ) | |
| Jon Ozmint, Director of SCDC, | ) | |
| Department of Veteran Affairs Medical | ) | |
| Center, and Carolyn Barrett, Chief of | ) | |
| Patient Operations, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This action was filed by the plaintiff, who is proceeding *pro se*. (Doc. # 1). On October 3, 2006, plaintiff filed a "motion to withdraw action against defendants." (Doc. # 45). This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge George C. Kosko, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his Report, Magistrate Judge Kosko recommends that the plaintiff's motion be granted and this action be dismissed without prejudice. (Doc. # 46). The Report was filed on October 3, 2006. No objections have been filed.

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of

1

2

the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 46), plaintiff's motion to withdraw is **GRANTED** (Doc. # 45), and this action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

s/ Terry L. Wooten
**TERRY L. WOOTEN**
**UNITED STATES DISTRICT JUDGE**

January 12, 2007
Florence, South Carolina

2